UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**KENDA FERGUSON,**

    Plaintiff,

v.                                                   No. 2:22-CV-373 KWR/KRS

**STATE OF NEW MEXICO CORRECTIONS DEPARTMENT CENTRAL OFFICE ADMINISTRATION; STATE OF NEW MEXICO CORRECTIONS DEPARTMENT REGION IV; STATE OF NEW MEXICO CORRECTIONS DEPARTMENT CLOVIS DISTRICT OFFICE; MELANIE MARTINEZ,** in her position as Director for the State of New Mexico Corrections Department; **SUSAN PAUTLER,** in her position as Region IV Manager for the Corrections Department; **ISABEL LUCERO,** in her position as Clovis District Office Probation and Parole Supervisor; **CITY OF CLOVIS; CITY OF CLOVIS POLICE DEPARTMENT; DOUG FORD,** in his position as Chief of Police for the Clovis Police Department; **MIKE MORRIS,** in his position as Mayor of the City of Clovis,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS

**THIS MATTER** having come on before the Court, and the Court finding that the Motion is agreed to by all parties, and being otherwise advised in the premises finds the Motion to be well taken and should be granted.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that the pretrial motion deadline is extended by thirty (30) days.

**IT IS SO ORDERED.**

                                                            _/s/ Kevin Sweazea_
                                                            KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE

Approved:

**Christian P. Christensen, LLC**

*Electronically Approved 04/26/23*
Christian P. Christensen
P.O. Box 844
Portales, NM 88130-0844
(575) 226-5291
cpclaw@yucca.net
*Attorneys for Plaintiff*

Atwood, Malone, Turner & Sabin, PA

*Electronically Approved 04/26/23*
Bryan Evans
Barbara Evans
Jacqueline Miller
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
bevens@atwoodmalone.com
jmiller@atwoodmalone.com
bsmith@atwoodmalone.com
*Attorneys for City Defendants* j

**Hinkle Shanor LLP**

*/s/ Stephen S. Shanor*
Stephen S. Shanor
Chelsea R. Green
Ann Cox Tripp
Jeremy A. Angenend
P.O. Box 10
Roswell, NM 88202-0010
(575) 622-6510 / (575) 623-9332 – FAX
ssshanor@hinklelawfirm.com
cgreen@hinklelawfirm.com
atripp@hinklelawfirm.com
jangenend@hinklelawfirm.com